1 | BARRY J. PORTMAN
Federal Public Defender
2 | DAVID W. FERMINO
Assistant Federal Public Defender
3 | 19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
4 | San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant ROSALES

RECEIVED

MAR 6 2006

Federal Public Defender
San Francisco

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 05-00696 EMC |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| vs. | ) | ORDER CONTINUING DATE FOR |
| | ) | SUPPRESSION HEARING |
| FERNANDO ROSALES, | ) | |
| Defendant. | ) | |

Defendant Fernando Rosales, by and through his counsel of record, Assistant Federal Public Defender David W. Fermino, and the plaintiff United States of America, by and through it's counsel of record, Assistant United States Attorney Derrick R. Owens, stipulate as follows:

(1) By this stipulation the parties jointly move to continue this matter to May 3, 2006 at 3:00 p.m.. Defense counsel needs additional time to conduct further investigation.

///
///
///
///

- 1 -

1      (2) The parties agree that the defendant's motion to suppress shall be filed on or before April 5,
2  2006; the opposition shall be filed on or before April 19, 2006 and the reply shall be filed on or
3  before April 26, 2006.

5  IT IS SO STIPULATED:

7  DATED: 3/2/06

                                                DAVID W. FERMINO
                                                Assistant Federal Public Defender

10 DATED: 3/4/06

                                                DERRICK R. OWENS
                                                Assistant United States Attorney

### ORDER

15     For good cause shown, IT IS HEREBY ORDERED that counsel's request for a continuance of
16 the hearing in the above referenced case be granted. _to 5/3/06 at 3:00 p.m. is_ Defendant's motion to suppress shall be filed on
17 or April 5, 2006; the opposition shall be filed on or before April 19, 2006 and the reply shall be filed
on or before April 26, 2006.

19 IT IS SO ORDERED

21 DATED:     March 9, 2006

                                                EDWARD M. CHEN
                                              United States Magistrate Court Judge